IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUC-EE'S, LTD., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:15-cv-03704 |
| | § | |
| SHEPHERD RETAIL, INC., ET AL, | § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |
| | § | |

## AGREED SCHEDULING / DOCKET CONTROL ORDER

Anticipated Length of Trial: __5__ Days                             Jury: __X__   Non-Jury:__

1. a) NEW PARTIES shall be joined by:
   The Attorney causing the addition of new parties will provide
   copies of this Order to new parties.                             June 17, 2016

   b) **AMENDMENT** to **PLEADINGS** by Plaintiff or Counter-      July 1, 2016
   Plaintiff shall be filed by:

2. EXPERT WITNESSES for the PLAINTIFF
   will be identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the basis for
   it.  DUE DATE:                                                   October 1, 2016

3. EXPERT WITNESSES for the DEFENDANT
   will be identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the basis for
   it.   DUE DATE:                                                  November 1, 2016

4. DISCOVERY must be completed by:
   Written discovery requests are not timely if they are filed so close
   to this deadline that the recipient would not be required under the
   Federal Rules of Civil Procedure to respond until after the deadline.   December 1, 2016

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS                         October 24, 2016
   (except motions *in limine*) will be filed by                   (Due 90 Days Prior to Trial Date)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* (The               January 17, 2017
   Court will fill in this date)                                   (Due Monday one week before trial)

7. TRIAL will begin at 8:30 a.m.                                   January 24, 2017
                                                                   (15 months from date case is filed)

2

_____  _____
Date                          Keith P. Ellison, United States District Judge



July 25, 2016                 /s/ Joseph J. Berghammer
                              Counsel for Plaintiff



July 25, 2016                 /s/ Charles W. Hanor
                              Counsel for Defendants