United States District Court
Southern District of Texas
**ENTERED**
October 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUC-EE'S, LTD., | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-3704 |
| | § | |
| AMJAD PANJWANI, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

It has come to the Court's attention that the Amended Scheduling Order entered on October 17, 2016 (Doc. No. 69) was entered in error. The October 17 Amended Scheduling Order (Doc. No. 69) is hereby vacated.

IT IS SO ORDERED, this 20th day of October, 2016.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE