UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUC-EE'S, LTD., | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIV. ACTION NO. 4:15-CV-03704 |
| | § | |
| SHEPHERD RETAIL, INC. ET AL, | § | |
| | § | JURY REQUESTED |
|    Defendants. | § | |
| | § | |

## MOTION TO FILE UNDER SEAL
## DEFENDANTS' MOTION TO COMPEL

In accordance with a protective order issued by this Court on **August 17, 2016** and in compliance with Rule 26(c)(1)(F) and Local Rule 83.6, Defendants wish to file a Motion to Compel containing material information which Plaintiff has designated as "highly confidential." This information includes plaintiff's expert report of Dr. Alex Simonson regarding Plaintiff's likelihood of dilution survey offered as evidence in support of Defendants' motion to compel an answer to Interrogatory No. 14 and the production of documents responsive to Request to Produce Nos. 33 & 97.

DATED this 25th day of November, 2016.

Respectfully submitted,

*/s/ Charles W. Hanor*
_____
Charles W. Hanor
Texas Bar No. 08928800
Hanor Law Firm, PC
750 Rittiman Road
San Antonio, TX  78209
(210) 829-2002 Phone
(210) 829-2001 Fax
chanor@hanor.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2016, the foregoing document is being served this day on all counsel of record identified in the manner indicated:

BBBucees@bakerbotts.com

BWBucees@bannerwitcoff.com

                                  Respectfully submitted,

*/s/ Charles W. Hanor*
_____
Charles W. Hanor
Texas Bar No. 08928800
Hanor Law Firm, PC
750 Rittiman Road
San Antonio, TX 78209
(210) 829-2002 Phone
(210) 829-2001 Fax
chanor@hanor.com

ATTORNEYS FOR DEFENDANTS