# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| BUC-EE'S, LTD.,<br>　　　　*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION H-15-3704 |
| SHEPHERD RETAIL INC., *ET AL.*<br>　　　　*Defendants.* | §<br>§<br>§ | |

## JURY NOTE __1__

Question:

Does the logo to be considered by the jury in rendering an infringement judgment include a version without words?

__5/21/18__
Date

PRESIDING JUROR

*********************************************************************

__Yes__

Date: __21 May 2018__　　　　　　__Keith P. Ellison__
　　　　　　　　　　　　　　　　　Keith P. Ellison
　　　　　　　　　　　　　　　　　United States District Judge

*JURY NOTES SHOULD BE USED IN NUMERICAL ORDER. JURY NOTES ARE A PERMANENT PART OF THE RECORD. JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS*