**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BUC-EE'S, LTD., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-3704 |
| | § | |
| SHEPHERD RETAIL INC., *ET AL.* | § | |
| *Defendants.* | § | |

## JURY NOTE _2_

The jury has reached a verdict

Date  5/22/18

PRESIDING JUROR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date:_____

Keith P. Ellison
United States District Judge

*JURY NOTES SHOULD BE USED IN NUMERICAL ORDER. JURY NOTES ARE A PERMANENT PART OF THE RECORD. JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS*