**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **BUC-EE'S, LTD.** | |
| **Plaintiff,** | **CIVIL ACTION NO. 4:15-CV-03704** |
| **v.** | |
| **SHEPHERD RETAIL, INC., BLANCO RESTAURANT, INC., LIVE OAK RETAIL, INC., HARLOW FOOD, INC., MARIAM, INC., S.W. RETAIL INC., FALFURRIAS HIGHWAY FOODS, INC., AND HIGHWAY 46 RETAIL, INC.** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## <u>VERDICT FORM</u>

We the jury, being first duly empaneled and sworn in the above entitled case, find as follows:

1. On Buc-ee's claims for trademark infringement of its Buc-ee's Logo, do you find for Buc-ee's or Choke Canyon?

    Buc-ee's                          ☒

    Choke Canyon                  _____

GO TO QUESTION 2.

1

2. Do you find that the Buc-ee's Logo was famous throughout Texas before Choke Canyon's use of the Choke Canyon Logo?

$\checkmark$ Yes          _____ No

IF YES SKIP TO QUESTION 4, IF NO GO TO QUESTION 3.

3. Do you find that the Buc-ee's Logo was famous in any of the following areas in Texas before Choke Canyon's use of the Choke Canyon Logo?

| | | |
|---|---|---|
| Houston metropolitan area: | ✓ Yes | ___ No |
| San Antonio metropolitan area: | ✓ Yes | ___ No |
| Dallas metropolitan area: | ✓ Yes | ___ No |
| Austin metropolitan area: | ✓ Yes | ___ No |
| Ft Worth metropolitan area: | ✓ Yes | ___ No |
| El Paso metropolitan area: | ___ Yes | ___ No |

*See above*

Other (please list):

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

GO TO QUESTION 4.

2

4. On Buc-ee's claim for dilution by blurring of its Buc-ee's Logo, do you find for Buc-ee's or Choke Canyon?

     Buc-ee's        X

     Choke Canyon     _____

GO TO QUESTION 5.

5. On Buc-ee's claim for unfair competition, do you find for Buc-ee's or Choke Canyon?

     Buc-ee's        X

     Choke Canyon     _____

GO TO QUESTION 6.

6. On Buc-ee's claim for unjust enrichment, do you find for Buc-ee's or Choke Canyon?

     Buc-ee's        X

     Choke Canyon     _____

*The presiding juror should sign and date this form.*

Dated this __22__ day of May, 2018.

_____
Presiding Juror

3