UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BUC-EE'S, LTD.<br><br>  Plaintiff,<br><br>  v.<br><br>SHEPHERD RETAIL, INC., BLANCO RESTAURANT, INC., LIVE OAK RETAIL, INC., HARLOW FOOD, INC., MARIAM, INC., S.W. RETAIL INC., FALFURRIAS HIGHWAY FOODS, INC., AND HIGHWAY 46 RETAIL, INC.<br><br>  Defendants. | CIVIL ACTION NO. 4:15-CV-03704<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

  Before the Court is Buc-ee's Motion to Seal Highly Confidential Information in Trial Exhibits and Redact Corresponding Portions of the Trial Transcript, and the exhibits thereto. Having considered Buc-ee's Motion at issue, the Court finds that Buc-ee's Motion should be granted. As identified in Buc-ee's Motion and reproduced in the table below, the exhibits and corresponding portions of the trial transcript will be sealed and redacted, respectively.

| Trial Exhibit Number | Corresponding Trial Testimony in Trial Transcript | Description |
|---|---|---|
| PTX018 | <u>Tr. Day 1</u><br>122:19, 21-22, 24<br>191:2, 4, 10, 15-16, 18<br>203:6<br><br><u>Tr. Day 2</u><br>130:2, 3, 9-10 | Buc-ee's year-by-year non-fuel sales information broken down by store location |
| PTX022-029 | <u>Tr. Day 1</u><br>206:7-8 | Buc-ee's year-by-year fuel sales information broken down by store location |

| Trial Exhibit Number | Corresponding Trial Testimony in Trial Transcript | Description |
|---|---|---|
| PTX209 | <u>Tr. Day 1</u><br>114:11-12, 17<br>217:21-22, 25<br>219: 2, 10, 15 | Buc-ee's customer sales data broken down by store location |
| D-328 | <u>Tr. Day 1</u><br>160:8<br><u>Tr. Day 2</u><br>7:15-16<br>8: 2, 7, 10<br>9: 6, 10-11, 13-14 | Buc-ee's year-by-year non-fuel sales information broken down by store location as modified by Defendants |

**IT IS THEREFORE ORDERED** that Buc-ee's Motion to Seal Highly Confidential Information in Trial Exhibits and Redact Corresponding Portions of the Trial Transcript is **GRANTED**.

SIGNED this _____ day of July, 2018.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE