UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BUC-EE'S, LTD.<br><br>    Plaintiff,<br><br>    v.<br><br>SHEPHERD RETAIL, INC., BLANCO RESTAURANT, INC., LIVE OAK RETAIL, INC., HARLOW FOOD, INC., MARIAM, INC., S.W. RETAIL INC., FALFURRIAS HIGHWAY FOODS, INC., AND HIGHWAY 46 RETAIL, INC.<br><br>    Defendants. | CIVIL ACTION NO. 4:15-CV-03704<br><br>JURY TRIAL DEMANDED |

### BUC-EE'S MOTION FOR LEAVE TO FILE UNDER SEAL THE EXHIBITS TO BUC-EE'S MOTION TO SEAL HIGHLY CONFIDENTIAL INFORMATION IN TRIAL EXHIBITS AND <u>REDACT CORRESPONDING PORTIONS OF THE TRIAL TRANSCRIPT</u>

Plaintiff, Buc-ee's, Ltd. ("Buc-ee's") hereby moves for leave of the Court to file under seal the exhibits to Buc-ee's Motion to Seal Highly Confidential Information in Trial Exhibits and Redact Corresponding Portions of the Trail Transcript (the "Exhibits").

The Exhibits contain highly confidential information currently designated "Highly Confidential Information" and/or "Confidential Information," under the Protective Order. The Protective Order entered in this case (ECF No. 57) notes that "any party may submit Confidential Information to the court under seal by designating the document 'sealed' in the CM/ECF system of the court." (Protective Order at 5 (ECF No. 57)).

1

The information contained in the document Buc-ee's seeks to seal is necessary to support the arguments raised in Buc-ee's Motion to Seal Highly Confidential Information in Trial Exhibits and Redact Corresponding Portions of the Trail Transcript, and thus is necessary to the Court's decision and the resolution of this lawsuit. Indeed, Buc-ee's motion to which the Exhibits are attached asks the Court to seal the trial exhibits and trial transcripts contained within the Exhibits. Therefore, because the documents are necessary to the issues before this Court and because these documents contain and/or reflect information that is currently designated as "Highly Confidential Information" and/or "Confidential Information," Buc-ee's must file these documents under seal pursuant to Section 8 of the Protective Order. (Protective Order at 5 (ECF No. 57)).

Buc-ee's therefore respectfully requests the Court grant this Motion and seal the exhibits to Buc-ee's Motion to Seal Highly Confidential Information in Trial Exhibits and Redact Corresponding Portions of the Trail Transcript. A proposed order is submitted contemporaneously with this Motion to Seal.

Dated: July 30, 2018       By: */s/ Janice V. Mitrius*
H. Tracy Richardson, III
Texas Bar No. 16863700
Deputy General Counsel
Buc-ee's, Ltd.
State Bar No. 12863700
Federal Bar No. 10921
327 FM 2004
Lake Jackson, Texas 77566
T: (979) 230-2968
F: (979) 230-2969
tracy@buc-ees.com

Joseph J. Berghammer (pro hac vice)
Illinois Bar No. 6273690
jberghammer@bannerwitcoff.com
Janice V. Mitrius (pro hac vice)
Illinois Bar No. 6243513

jmitrius@bannerwitcoff.com
Timothy J. Rechtien (pro hac vice)
Illinois Bar No. 6293623
trechtien@bannerwitcoff.com
Eric J. Hamp (pro hac vice)
Illinois Bar No. 6306101
ehamp@bannerwitcoff.com
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606-7407
Telephone: (312) 463-5000
Fax: (312) 463-5001

**ATTORNEYS FOR PLAINTIFF
BUC-EE'S, LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2018, a true and correct copy of the foregoing document will be served upon Defendants' counsel of record via electronic mail through the United States District Court's CM/ECF system.

>  /s/ Janice V. Mitrius
>  FOR BUC-EE'S, LTD.