UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BUC-EE'S, LTD.**<br><br>Plaintiff,<br><br>v.<br><br>**SHEPHERD RETAIL, INC., BLANCO RESTAURANT, INC., LIVE OAK RETAIL, INC., HARLOW FOOD, INC., MARIAM, INC., S.W. RETAIL INC., FALFURRIAS HIGHWAY FOODS, INC., AND HIGHWAY 46 RETAIL, INC.**<br><br>Defendants. | **CIVIL ACTION NO. 4:15-CV-03704**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Before the Court is Buc-ee's Motion for Leave to File Under Seal the Exhibits to Buc-ee's Motion to Seal Highly Confidential Information in Trial Exhibits and Redact Corresponding Portions of the Trial Transcript. Having considered Buc-ee's Motion for Leave to Seal and the Motion at issue, the Court finds that Buc-ee's Motion should be granted.

**IT IS THEREFORE ORDERED** that Buc-ee's Motion for Leave to File Under Seal Exhibits to Buc-ee's Motion to Seal Highly Confidential Information in Trial Exhibits and Redact Corresponding Portions of the Trial Transcript is **GRANTED**.

SIGNED this _____ day of July, 2018.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE