**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BUC-EE'S, LTD.** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:15-CV-03704** |
| | § | |
| **SHEPHERD RETAIL, INC., ET. AL** | § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |

**DEFENDANTS' OPPOSED MOTION FOR LEAVE
TO FILE DEFENDANT'S MOTION FOR NEW TRIAL AND BREIF IN SUPPORT
THEREOF IN EXCESS OF TWENTY-FIVE PAGES**

Defendants respectfully submit this opposed motion for leave to exceed the Court's standard page limit for Defendant's Motion for New Trial, filed in conjunction with this motion.

Defendants' motion is 62 pages in length due to the substantial subject matter addressed both pretrial and during trial. Plaintiff filed 16 motions in limine and 2 motions to strike (essentially motions in limine had the deadline to file not passed) consisting of 81 total pages of arguments, which were in addition to numerous other pretrial rulings against Defendants. Trial went on for 5 days and Defendants feel it is impossible to adequately address each issue in 25 pages. Defendants understand why Plaintiff would oppose this motion for leave to exceed the page limit. Plaintiff want to restrict Defendants' arguments knowing there are many issues that need to be addressed. Plaintiff will not be prejudiced by a grant of this motion. Although Defendants attempted to streamline the motion as much as possible, due to the complexities and the number of issues involved in this case, the Motion for New Trial and Brief in Support exceeds the page limit.

For the foregoing reasons, Defendants respectfully submit that there is good cause for this Court to grant leave for Defendants to exceed the standard page limit and file its Motion for New

1

Trial. Defendants further request that the Court deem Defendant's Motion for New Trial as having been filed on August 30, 2018.

DATED this 30th day of August 2018.

Respectfully submitted,

_____
Charles W. Hanor
Texas Bar No. 08928800
Hanor Law Firm, PC
750 Rittiman Road
San Antonio, TX  78209
(210) 829-2002 Phone
(210) 829-2001 Fax
chanor@hanor.com

ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document is being served this I hereby certify that on August 30, 2018, a true and correct copy of the foregoing document will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

_____

**Charles W. Hanor**